1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MICHAEL WOODS, | No. 2:14-cv-2665 JAM KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| B. SWIFT, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 28, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 28, 2015, are adopted in full;

2. Defendants' motion to dismiss (ECF No. 17) is denied; and

3. Defendants are directed to file a response to the complaint within twenty days of service of this order.

DATED:  July 9, 2015

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE

2