UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WOODS, | No. 2:14-cv-2665 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| B. SWIFT, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding without counsel, has requested that defendant Hayes be voluntarily dismissed without prejudice. (ECF No. 27.)

Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven days, whether they have any objection to the dismissal of defendant Hayes without prejudice. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 241(a).

Dated: October 1, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Wo2665.59a

1