UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WOODS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>B. SWIFT, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-2665 JAM KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding without counsel, has requested that defendant Hayes be voluntarily dismissed without prejudice. (ECF No. 27.) On October 1, 2015, the undersigned directed defendants to notify the court within seven days whether they had any objection to the dismissal of defendant Hayes without prejudice. (ECF No. 28.) The October 1, 2015 order further stated that should defendants fail to respond, plaintiff's request would be granted. (Id.)

Seven days passed and defendants did not respond to the October 1, 2015 order. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion for voluntary dismissal of defendant Hayes without prejudice (ECF No. 27) is granted. See Fed. R. Civ. P. 41(a).

Dated:  October 21, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
Wo2665.59　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1